

# NUMBER 13-20-00389-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF
## MYRNA SALDANA, ON BEHALF OF N.E.S., A CHILD

**On appeal from the 197th District Court
of Willacy County, Texas.**

## MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina
Memorandum Opinion by Justice Longoria**

On September 9, 2020, appellant filed a notice of appeal. On January 26, 2021, the clerk of the court notified appellant that the clerk's record in the above cause was originally due on December 21, 2020, and that the deputy district clerk, Isabel Mejia, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant

was advised, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
1st day of July, 2021.

2